Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Manuel Castro Castro ,<br><br>Defendant. | CASE NO. 5:16-cv-00807-WDK-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MANUEL CASTRO CASTRO, individually and d/b/a LA FIESTA MEXICAN RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendant MANUEL CASTRO CASTRO, individually and d/b/a LA FIESTA MEXICAN RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against Defendant MANUEL CASTRO CASTRO, individually and d/b/a LA FIESTA MEXICAN RESTAURANT.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 29, 2017, the dismissal shall be deemed to be **with prejudice**.

///

///

**STIPULATION OF DISMISSAL**
Case No. 8:15-cv-01905-WDK-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____        Dated:       09/01/16

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///